IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RAY JORDAN                                                                                      PLAINTIFF

V.                                            4:10CV001458 JMM

MAX FOOTE CONSTRUCTION
COMPANY INC.                                                                            DEFENDANT

AMERISURE INSURANCE COMPANY                                      INTERVENOR

V.

MAX FOOTE CONSTRUCTION                                              INTERVENOR
COMPANY INC.                                                                            DEFENDANT

## ORDER

Pending is the motion of Amerisure Insurance Company to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure.  Amerisure seeks to recover damages which are a direct and proximate result of negligent acts by the Defendant, up to and including the total amount of workers' compensation insurance benefits Amerisure has paid and will pay to, or on behalf of, Plaintiff Ray Jordan.

Pursuant to Rule 24,  the Court finds the motion to intervene (Docket # 14) should be, and hereby is, GRANTED.  Petitioner may file the Complaint for Intervention and the Clerk is directed to accept it for filing

IT IS SO ORDERED this 21st day of March, 2011.

James M. Moody
United States District Judge