**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RAY JORDAN**                                                                                      **PLAINTIFF**

**V.**                                              **4:10CV001458 JMM**

**MAX FOOTE CONSTRUCTION**
**COMPANY, INC.**                                                                               **DEFENDANT**

**ORDER**

Pending is the Defendant's Objection (Docket # 22) to the Plaintiff's subpoena duces tecum to produce documents at the deposition of Tom Deville scheduled for Monday, June 27, 2011. For good cause shown, the Court finds that the subpoena duces tecum should be, and hereby is, quashed. Plaintiff has failed to provide the Defendant with a reasonable amount of time to comply with the subpoena duces tecum. The deposition of Tom Deville scheduled for June 27, 2011 should proceed as scheduled.

IT IS SO ORDERED this 24th day of June, 2011.

_____
James M. Moody
United States District Judge